THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAFX GROUP INC, | CASE NO. C17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAAD UDDIN, and DAVID GEORGE VAN DER RIET, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Recently Plaintiff moved for entry of default against Defendant David George Van Der Reit, a citizen of South Africa. (Dkt. No. 18.) In response, Defendant's counsel, Ryan Hall of Van de Meer & Partners, Inc., in South Africa, emailed the Clerk's Office to indicate his intent to defend the matter. The Court notifies Defendant that emails to the Clerk's Office cannot be filed and are not part of the official record. If Defendant wishes to defend the matter and avoid an entry of default, he must obtain local counsel as soon as possible. Defendant has 14 days from the issuance of this order to obtain local counsel and make an appearance. Failure to do so will result in the entry of default.

//

The Clerk is directed to send a copy of this order to the parties, including Defendant's counsel in South Africa.

DATED this 11th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk