THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAFX GROUP INC, | CASE NO. C17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID GEORGE VAN DER RIET, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference (Dkt. No. 24). This motion is GRANTED. However, the Court cannot accommodate the parties' requested date of June 27, 2017. The status conference is continued from June 13, 2017 to July 25, 2017.

DATED this 7th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk