UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAFX GROUP INC., | CASE NO. C17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID GEORGE VAN DER REIT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Currently pending is Defendant's motion for partial summary judgment and motion for judgment on the pleadings (Dkt. No. 37), which notes Friday, December 15 2017, and Plaintiff's cross motion for partial summary judgment (Dkt. No. 39), which notes Friday, January 5, 2018. For the ease of resolving these motions together, the Court hereby RENOTES Defendant's motion (Dkt. No. 37) for Friday, January 5, 2018.

DATED this 12th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk