THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAFX GROUP INC., | CASE NO. C17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID GEORGE VAN DER REIT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' electronic request to renote Plaintiff's outstanding summary judgment motion (Dkt. No. 37) and Defendant's outstanding cross-motion for partial summary judgment (Dkt. No. 39) in order to provide the parties time for ongoing settlement negotiations. The request is GRANTED. The Clerk is DIRECTED to renote all outstanding motions (Dkt. Nos. 37, 39) to January 26, 2018.

DATED this 28th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0025-JCC
PAGE - 1