THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAFX GROUP, INC., | CASE NO. C17-0025-JCC |
| Plaintiff/Counter-Defendant, | MINUTE ORDER |
| v. | |
| DAVID GEORGE VAN DER RIET, | |
| Defendant/Counter-Plaintiff. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter came before the Court on the parties' stipulated motion (Dkt. No. 43) to again extend the noting date on the parties' outstanding summary judgment motions (Dkt. Nos. 37, 39.) Finding good cause, the motion to extend (Dkt. No. 43) is GRANTED. The Clerk is DIRECTED to re-note the outstanding summary judgment motions (Dkt. Nos. 37, 39) to February 23, 2018 in order to provide the parties additional time for settlement discussions. Deadlines for briefing on the outstanding motions remain those provided by Local Rule 7(d)(3).

DATED this 18th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

PAGE - 1