UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAFX GROUP, INC., | CASE NO. C17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID GEORGE VAN DER RIET, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 45) to adjourn the noting date on outstanding summary judgment motions and a motion for judgment on the pleadings (Dkt. Nos. 37, 39). The parties indicate that they have agreed on settlement terms but require additional time to execute a final settlement agreement. Accordingly, the parties stipulated motion to adjourn the noting date (Dkt. No. 45) is GRANTED. The Clerk is DIRECTED to re-note the outstanding summary judgment motions and a motion for judgment on the pleadings (Dkt. Nos. 37, 39) to March 23, 2018.

//

//

//

1       DATED this 16th day of February 2018.

2                                           William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk