THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GRAFX GROUP, INC., | CASE NO. C17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID GEORGE VAN DER RIET, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 47) to continue the noting date on outstanding summary judgment motions and a motion for judgment on the pleadings (Dkt. Nos. 37, 39). The parties indicate that they have agreed on settlement terms and reduced the proposed agreement to writing, but are awaiting a final signature before filing a notice of settlement. Accordingly, the parties' stipulated motion to continue the noting date (Dkt. No. 47) is GRANTED. The Clerk is DIRECTED to re-note the outstanding summary judgment motions and a motion for judgment on the pleadings (Dkt. Nos. 37, 39) to April 20, 2018.

//

//

1  DATED this 23rd day of March 2018.

2                                              William M. McCool
                                               Clerk of Court
3
                                               s/Tomas Hernandez
4                                              Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER C17-0025-JCC
PAGE - 2